JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WILLIAM ROBERT BOLDUC,  ) Case No. EDCV 16-2601-AG (JPR)
                        )
            Petitioner, )
                        )    **JUDGMENT**
        v.              )
                        )
ROSEMARY NDOH, Warden,  )
                        )
            Respondent. )
_____)

In line with the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: November 11, 2019

_____
ANDREW GUILFORD
U.S. DISTRICT JUDGE